Tyree P. Jones, Jr. (SBN 127631)
REED SMITH LLP
1301 K Street, NW, Suite 1100
Washington, DC 20005
Telephone:    202.414.9296
Facsimile:    202.414.9299
Email:  tpjones@reedsmith.com

Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269
Email:  tthomas@reedsmith.com

Attorneys for Defendants Extra Space Management, Inc., d.b.a. Extra Space Storage; Ess Prisa, LLC, and Ess Prisa II, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SCOTT N. JOHNSON,<br><br>                  Plaintiff,<br><br>          vs.<br><br>EXTRA SPACE MANAGEMENT INC., Individually and d/b/a EXTRA SPACE STORAGE #0484; EXTRA SPACE PROPERTIES FIFTY ONE LLC,<br><br>                  Defendant. | No.: 2:09-CV-02101-FCD-GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:  July 30, 2009<br><br>*Honorable Frank C. Damrell, Jr.* |
|---|---|

**STIPULATION**

WHEREAS, on July 30, 3009, Plaintiff Scott N. Johnson ("Plaintiff") filed his Complaint in this action;

– 1 –

1  WHEREAS, on August 13, 2009, Plaintiff served the Complaint on Defendants Extra Space
2  Management, Inc., d.b.a. Extra Space Storage; Ess Prisa, LLC, and Ess Prisa II, LLC
3  ("Defendants");

5  WHEREAS, the parties hereto agree to extend the time for Defendants to file their response
6  to the Complaint:

8  IT IS THEREFORE STIPULATED between Plaintiff and Defendants, by and through their
9  undersigned attorneys of record that:

11  1.  Defendants' response to the Complaint shall be deemed timely if filed and served on
12  or before September 14, 2009.

14  SO STIPULATED:

16  DATED:  September 4, 2009            REED SMITH LLP

By_____
Tyree P. Jones, Jr.
Tiffany Renee Thomas
Attorneys for Defendants Extra Space Management,
Inc., d.b.a. Extra Space Storage; Ess Prisa, LLC,
and Ess Prisa II, LLC

DATED:  September __, 2007            DISABLED ACCESS PREVENTS INJURY, INC.

By_____
Scott N. Johnson, Esq.

– 2 –
STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS'
ANSWER TO COMPLAINT

1  **IT IS SO ORDERED:**

2  DATED:  September 10, 2009

3  _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' ANSWER TO COMPLAINT